FILED
2008 Jul-21  AM 09:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DANA LONG**, | ] |
| **Plaintiff,** | ] |
| v. | ] CV-07-BE-01596-S |
| **SYDICATED OFFICE SYSTEMS, et al.,** | ] |
| **Defendants.** | ] |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before **September 22, 2008** that final settlement documentation could not be completed.

DONE and ORDERED this 21st day of July 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE